IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COREY A. MITCHELL,**<br><br>                                Petitioner,<br><br>        v.<br><br>**ANTHONY HEDGPETH, Warden,**<br><br>                                Respondent. | Case No. C 09-4831 MHP (PR)<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER** |

  GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including August 28, 2010, to file an answer to the petition for writ of habeas corpus.

Dated:   July 2, 2010

IT IS SO ORDERED

Judge Marilyn H. Patel

1